**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GREGORY JAVIER RAMIREZ,               )   NO. CV 08-896-ABC(E)
                                      )
          Petitioner,                 )
                                      )
     v.                               )   JUDGMENT
                                      )
V.M. ALMAGER, Warden,                 )
                                      )
          Respondent.                 )
_____)

     Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

          DATED:  November 17, 2008

                              _____
                                       AUDREY B. COLLINS
                                 UNITED STATES DISTRICT JUDGE